[No. 4592–1. Division One. August 29, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ALLEN BOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9071, Byron L. Swedberg, J., entered

March 8, 1976. *Affirmed* by unpublished per curiam opinion.